[No. 13116-5-III.   Division Three.   June 27, 1995.]

ERVIN WAGNER, ET AL., *Respondents* v.
ROBERT L. HOPP, ET AL., *Respondents,* DEWANE S.
BUDDRIUS, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 92-2-01172-1, Michael E. Donohue, J., entered February 18, 1993. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Munson, J.

[No. 13168-8-III.   Division Three.   June 27, 1995.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRICK
CORNELIUS BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-017078-1, John Schultheis, J., entered April 2, 1993. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Munson, J.

[No. 13590-0-III.   Division Three.   June 27, 1995.]

*In re Marriage of* KATHERINE JEAN VALENTA,
*Appellant, and* GARY THOMAS VALENTA, *Respondent.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 93-3-00276-3, Philip W. Borst, J., entered September 21, 1993. *Affirmed in part* and *reversed in part* and *remanded* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.